Jackson KIND, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58936.

Missouri Court of Appeals, Western District.

June 5, 2001.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before, THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and RONALD R. HOLLIGER, J.

## ORDER

PER CURIAM.

Jackson Kind appeals the denial of his Rule 29.15 motion for postconviction relief. For the reasons set forth in the memorandum provided to the parties, we affirm the motion court's judgment. Rule 84.16(b).